Rockingham, }
  June, 1900. }

STATE (*ex rel.* HUBBARD & a.) v. PIPER & a.

An injunction cannot be ordered against the maintenance of a liquor nuisance in premises other than those described in the petition.

PETITION, under section 5, chapter 205, of the Public Statutes, as amended by chapter 81, Laws 1899, signed by the selectmen of the town of Derry, for the abatement of a liquor nuisance in that town, and to enjoin the owner and occupants. Facts agreed.

The nuisance complained of was alleged to be carried on by the defendant Piper and one Gray, in a building situate on South Avenue, and owned by one Sartwell. The petition was filed August 24, 1899. Subsequent thereto, the occupants removed to another building on another street, where they have since maintained a nuisance of the kind complained of in the petition. The petitioners moved that Piper and Gray be temporarily enjoined from maintaining the nuisance complained of in the building at the new location.

*G. K. & B. T. Bartlett*, for the plaintiffs.

*Samuel W. Emery*, for the defendants.

PIKE, J. It is only when a building is used for the illegal purpose that it becomes a nuisance under the statute, and the court has jurisdiction only upon an information or petition in which the building complained of is sufficiently described. P. S., c. 205, s. 4; Laws 1899, c. 81, s. 1; *State* v. *Saunders*, 66 N. H. 39, 90; *State* v. *Batcheller*, 66 N. H. 145; *State* v. *Currier*, 66 N. H. 622. The building to which Piper and Gray moved after this proceeding was begun was not complained of or described in the petition, and the question whether they should be enjoined for maintaining a nuisance therein is therefore not before the court.

*Case discharged.*

BLODGETT, C. J., did not sit: the others concurred.